UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNI BRADLEY,<br><br>                   Plaintiff,<br><br>       -against-<br><br>BANK OF AMERICA CORP. and MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,<br><br>                 Defendants. | 25-CV-6980 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons discussed on the record at today's hearing, the Court GRANTS defendants' motion to transfer this case to the United States District Court for the Western District of Texas, San Antonio Division. Dkt. 30.

The Clerk of Court is respectfully directed to transfer this case to the Western District of Texas, San Antonio Division and otherwise close this case.


SO ORDERED.

Dated: January 22, 2026
      New York, New York

                                       ARUN SUBRAMANIAN
                                       United States District Judge